1456

**2017–1233. State ex rel. Littlepage v. Nadel.**
In Prohibition. On relator's motion to strike respondent's motion to dismiss. Motion denied. Relator may file a response to the motion to dismiss within ten days.

**2017–0563. State ex rel. St. Clair Twp. Bd. of Trustees v. Barnes.**
In Mandamus. Case returned to the regular docket under S.Ct.Prac.R. 19.01. Respondents shall file a response to the amended complaint within 21 days.

**2016–1328. Store Master Funding VI, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–1492 and 2015–1493. Case returned to the regular docket under S.Ct.Prac.R. 19.01. Appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss the case or take other action if the parties fail to timely file merit briefs.

**2017–1398. State ex rel. Cordell v. Paden.**
In Mandamus.

**2017–1406. State ex rel. Schroeder v. Gallagher.**
In Procedendo and Prohibition.